**BORDEN MILLS, Inc., Appellant, v. James J. HOEY, Individually and as Collector of Internal Revenue for the Second District of New York, Respondent.**

No. 192.

Circuit Court of Appeals, Second Circuit.

Jan. 17, 1936.

See, also, E. Regensburg & Sons v. Higgins, 79 F.(2d) 516.

Breed, Abbott & Morgan, of New York City (Sumner Ford and William L. Hanaway, both of New York City, of counsel), for appellant.

Frank J. Wideman, Asst. Atty. Gen., James W. Morris, Sewall Key, and Andrew W. Sharpe, Sp. Assts. to Atty. Gen., F. W. H. Adams, U. S. Atty., and Francis H. Horan and Edward J. Ennis, Asst. U. S. Attys., all of New York City (William F. Young, Sp. Asst. to U. S. Atty., of New York City, of counsel), for respondent.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree reversed, and cause remanded to the District Court, with directions to enter a decree enjoining collection of the tax. An appropriate order shall be entered directing the repayment to the plaintiff of any cash, bonds, or funds which have been impounded or deposited below. Rickert Rice Mills, Inc., v. Fontenot, 56 S.Ct. 374, 80 L.Ed. ——, January 13, 1936.

**BRADLEY v. COMMISSIONER OF INTERNAL REVENUE.**

No. 5507.

Circuit Court of Appeals, Seventh Circuit.

Jan. 8, 1936.

Arnold R. Baar, of Chicago, Ill., for petitioner.

Frank J. Wideman, of Washington, D. C., for respondent.

PER CURIAM.

On motion of counsel for petitioners, counsel for respondent not objecting thereto, it is now here ordered and adjudged by this court that the decision of the United States Board of Tax Appeals entered in this cause on November 23, 1934, be, and the same is hereby affirmed.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. CARSON ESTATE COMPANY, Respondent.**

No. 7900.

Circuit Court of Appeals, Ninth Circuit.

Feb. 11, 1936.

Frank J. Wideman, Asst. Atty. Gen., and Arnold Raum, Sp. Asst. to Atty. Gen., for petitioner.

Joseph D. Brady, of Los Angeles, Cal., for respondent.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.

Upon consideration of the record and briefs, and after oral argument of counsel for respective parties, ordered decision of BTA affirmed; that a judgment be filed and entered accordingly.